```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         JACKSON DIVISION
```

PAULINE KELLY, INDIVIDUALLY AND
ON BEHALF OF ALL HEIRS AT LAW OF
DESTRY EZELL KELLY, DECEASED;
CHRISTEN N. PETERS, INDIVIDUALLY;
and NAKEYA J. MCLENDON, INDIVIDUALLY                    PLAINTIFFS

VS.                                CIVIL ACTION NO.3:07cv631TSL-JCS

KATHERINE LABOUISSE D/B/A STRAW HILL FARM,
AND JOHN DOES 1-3                                       DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion and order of the court entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 19th day of February, 2009.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE